UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEKPEN OSUAN,

                      Plaintiff,

    -against-

TIMOTHY MARTIN and DENIS
MCGOWAN,

                    Defendants.
------------------------------------------------------------X



**ORDER**
18-CV-151 (WHP) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for December 10, 2019, shall be held on February 13, 2020, at 2:30 p.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York
         December 9, 2019

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE