

**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CHRISTOPHER COYNE<br>Assistant Corporation Counsel<br>Phone: (212) 356-1180<br>Fax: (212) 356-2439<br>ccoyne@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 2/12/20

February 12, 2020

**By ECF**

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:  Osuan v. City of New York, Denis McGowan,
        18 Civ. 151 (WHP) (KNF)
        Our No. 2018-005340

Dear Magistrate Judge Fox:

    I am the Assistant Corporation Counsel assigned to represent defendants in the above-referenced action. Defendants write, on behalf of all parties, to respectfully request that the settlement conference scheduled for February 13, 2020 be adjourned sine die. This is the second request for an adjournment of the settlement conference in this matter, and it is made on behalf of all parties.

    The parties have been engaged in settlement negotiations over the past few weeks and believe they will be able to resolve this matter without further judicial involvement. To the extent the parties are unable to finalize a settlement in this case, however, the parties jointly believe that given their respective evaluations of the case, that holding a conference with the court will not be productive.

    To that end, the parties respectfully request that the settlement conference scheduled for February 13, 2020, be adjourned sine die.

    Thank you for your consideration of this request.

2/12/20
Based on the above, the settlement conference scheduled previously for February 13, 2020, is cancelled.

SO ORDERED:

/Kevin Nathaniel Fox/

Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Respectfully submitted,

/s/
Christopher Coyne
Assistant Corporation Counsel

Cc: Alexander Sakin (By ECF)